# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIL NAEEM, | CASE NO. 06cv0031-LAB (JMA) |
| Petitioner, | **ORDER OF DISMISSAL** |
| vs. | |
| ROBERT HERNANDEZ, Warden, | |
| Respondent. | |

Petitioner originally filed his petition for writ of habeas corpus on January 6, 2006. On January 31, 2006, Petitioner was given notice regarding possible failure to exhaust and the one-year limitations period under AEDPA.

On June 21, 2006, Respondent moved to dismiss the petition. Petitioner filed no opposition to the motion. The motion was referred to Magistrate Judge Jan Adler for report and recommendation (R&R). On September 26, 2006, Judge Adler issued his R&R, recommending that Respondent's motion to dismiss be granted and the petition be dismissed with prejudice. The parties were ordered to file any objections to the R&R by November 3, 2006. The R&R advised the parties that failure to timely object may waive the right to raise those objections on appeal. Neither party objected to the R&R.

A district court has jurisdiction to review a Magistrate Judge's report and recommendation concerning a dispositive pretrial motion. Fed. R. Civ. P. 72(b). "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any

1  portion of the magistrate judge's disposition to which specific written objection has been made in
2  accordance with this rule." *Id*. "A judge of the court may accept, reject, or modify, in whole or in part,
3  the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C).  If no
4  objection is made, this Court may adopt the R&R without review. *United States v. Reyna-Tapia*, 328
5  F.3d 1114, 1121 (9th Cir.2003) ("The statute makes it clear that the district judge must review the
6  magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.")
7  (*en banc*).

8  Out of an abundance of caution, the Court has reviewed the petition and the R&R.  The R&R
9  concluded that the petition was time-barred under AEDPA because Petitioner filed his petition in
10 federal court more than five years after expiration of the limitations period.  The Court finds the R&R
11 to be well-reasoned and correct in its conclusions.  Therefore, the Court **ADOPTS** the R&R.
12 Respondent's motion to dismiss is hereby **GRANTED**, and the petition is hereby **DISMISSED**
13 **WITH PREJUDICE**.

14 **IT IS SO ORDERED**.

15 DATED: January 9, 2007

16
17 **HONORABLE LARRY ALAN BURNS**
United States District Judge