# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Jamil Naeem

V.                                    **JUDGMENT IN A CIVIL CASE**

Robert Hernandez

**CASE NUMBER:**   06cv31-LAB(JMA)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court adopts the Report and Recommendation. Respondent's motion to dismiss is granted, and the petition is hereby dismissed with prejudice.......................................................................................

| January 10, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | s/K. Johnson |
|  | (By) Deputy Clerk |
|  | ENTERED ON January 10, 2007 |